# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL L. OLIWA,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED RECOVERY SYSTEMS,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   **Case No.: 3:14-cv-00737**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

  Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

/s/ Glenn L. Formica                                 /s/ Angela K. Troccoli

Glenn L Formica           Angela K. Troccoli
Bar Id # ct21053          Bar Id # ct28597
Formica Williams, P.C.        Kimmel & Silverman, P.C.
900 Chapel Street, Suite 1200     *The New England Office*
New Haven, CT 06510       136 Main Street, Ste. 301
Phone: (203) 789-8456       Danielson, CT 06239
Fax: (203) 787-6766        (860) 866-4380
Email: gformica@formicalaw.com    Email: atroccoli@creditlaw.com
Attorney for the Defendant      Attorney for the Plaintiff

Date: October 3, 2014        Date: October 3, 2014

BY THE COURT:

_____

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certified that on October 3, 2014 I electronically the foregoing by using the CM/ECF system, which will send notification to the following:

Glenn L Formica, Esq.
Formica Williams, P.C.
900 Chapel Street, Suite 1200
New Haven, CT 06510
gformica@formicalaw.com

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire